### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE TARAPCHAK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-2078 |
| | : | |
| LACKAWANNA COUNTY, *et al.* | : | |

## ORDER

**AND NOW,** this 17th day of May 2017, upon consideration of Defendant's oral Motion for judgment as a matter of law under Fed. R. Civ. P. 50 following the close of Plaintiff's case including argument in opposition, and finding Plaintiff adduced no evidence submitted to the jury regarding a practice or custom, deliberate indifference or failure to train which would allow a jury to consider whether Lackawanna County may have supervisory municipal liability for potential procedural due process violations by its Director of House Arrest, it is **ORDERED** Defendant's oral Motion for judgment as a matter of law is **GRANTED** for the reasons more fully detailed on the trial record.

_____
KEARNEY, J.